IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IAN CHAD WEBSTER ,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5749

Opinion filed February 7, 2017.

An appeal from an order of the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Ian Chad Webster, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED.

ROWE, KELSEY, and JAY, JJ., CONCUR.